**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00396-CV**

_____

**IN RE TETRA TECHNOLOGIES, INC. AND TETRA APPLIED TECHNOLOGIES, LLC**

════════════════════════════════════════════════

**Original Proceeding**

════════════════════════════════════════════════

**MEMORANDUM OPINION**

Relators, Tetra Technologies, Inc. and Tetra Applied Technologies, LLC, filed a petition for writ of mandamus and request for temporary relief. On August 29, 2013, we granted a temporary stay of the trial court's order and requested a response from the real party in interest, Dexter S. Reed. On September 9, 2013, Relators filed an agreed motion to dismiss. Accordingly, we dissolve our order of August 29, 2013, and dismiss this original proceeding without reference to the merits.

1

PETITION DISMISSED.


PER CURIAM


Opinion Delivered September 19, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.